**JUDGE BAER**

**'07 CIV 8820**

Peter D. Raymond (PR 3029)
Wallace B. Neel (WN 0038)
REED SMITH LLP
599 Lexington Avenue, 28th Floor
New York, New York 10022
(212) 521-5400
Attorneys for Plaintiff M. Shanken Communications, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
M. SHANKEN COMMUNICATIONS, INC.,       :
                                        :  Civ. No. _____
                    Plaintiff,          :
                                        :
        -against-                       :
                                        :  M. SHANKEN
P4 PERFORMANCE MANAGEMENT, INC.,        :  COMMUNICATIONS INC.'S
ANTHONY POMPLIANO JR., VIVIAN ONELLO,   :  STATEMENT PURSUANT TO
AND STEVE MORTIBOY                      :  FED. R. CIV. P. 7.1
                                        :
                    Defendants.         :
------------------------------------------------------------------ x

*RECEIVED OCT 12 2007 U.S.D.C. S.D.N.Y. CASHIERS*

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff M. Shanken Communications, Inc. ("Shanken") hereby certifies that Shanken does not have a parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
       October 11, 2007

                            REED SMITH LLP

                            By: _____
                                Peter D. Raymond (PR 3029)
                                Wallace B. Neel (WN 0038)
                            599 Lexington Avenue
                            New York, New York 10022
                            (212) 521-5400

                            *Attorneys for Plaintiff*
                              *M. Shanken Communications, Inc.*