# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Southern District of New York

M. Shanken Communications, Inc.  
Plaintiff(s)  
v  
P4 Performance Management, Inc., et al  
Defendant(s)

Case No: 07 CIV 8820

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service

**Service:** I served P4 Performance Management, Inc.

**With the documents:** Summons; Complaint; M. Shanken Communications Inc's Statement Pursuant to Fed. R. CIV. P. 7.1; Individual Practices of Magistrate Judge Ronald L. Ellis; and Individual Practices of Judge Harold Baer, Jr.

I served: Mary Drummond, Managing Agent authorized to accept on behalf of Corporation Service Company, Registered Agent

Service Address: 2711 Centerville Road, Suite 400, Wilmington, DE 19808

Date of Service: October 17, 2007          Time of Service: 2:35 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.  
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof  
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.  
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address       ( ) Evading                          ( ) Moved, left no forwarding   ( ) Other  
( ) Address does not exist   ( ) Service canceled by Litigant     ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____,  
_____ at _____, _____ at _____, _____ at _____, _____ at _____,

**Description:** Age: 40's   Sex: F   Race: B   Hgt: 5'6"   Wgt: 140   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

October 18, 2007      at   Wilmington,   Delaware  
Date                          City           State

                                            _____  
                                            Daniel Newcomb, Process Server  
State of Delaware                           Delaware Attorney Services  
County of New Castle                        2000 Pennsylvania Avenue, Suite 207  
                                            Wilmington, Delaware 19806  (302) 429-0652

Subscribed and Sworn before me, a Notary Public of the State of Delaware on October 18, 2007

**Witness My Hand and Official Seal To**

                                            _____  
                                            Kimberly J. Ryan, My Commission Expires 6/15/08  
                                            Notary Public, State of Delaware

KIMBERLY J. RYAN  
NOTARY PUBLIC-DELAWARE  
My Commission Expires June 15, 2008