# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Southern District of New York

M. Shanken Communications, Inc.  
Plaintiff(s)  
v  
P4 Performance Management, Inc., et al  
Defendant(s)

Case No: 07 CIV 8820

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service

**Service:** I served P4 Performance Management, Inc.

**With the documents:** Summons; Complaint; M. Shanken Communications Inc's Statement Pursuant to Fed. R. CIV. P. 7.1; Individual Practices of Magistrate Judge Ronald L. Ellis; and Individual Practices of Judge Harold Baer, Jr.

I served: Mary Drummond, Managing Agent authorized to accept on behalf of Corporation Service Company, Registered Agent

Service Address: 2711 Centerville Road, Suite 400, Wilmington, DE  19808

Date of Service: October 17, 2007          Time of Service:  2:35 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.  
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof  
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.  
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address      ( ) Evading              ( ) Moved, left no forwarding  ( ) Other  
( ) Address does not exist  ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____,  
_____ at _____, _____ at _____, _____ at _____, _____ at _____,

**Description:** Age: 40's   Sex: F   Race: B   Hgt: 5'6"   Wgt: 140   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

October 18, 2007        at  Wilmington,      Delaware  
Date                         City             State

State of Delaware  
County of New Castle

Daniel Newcomb, Process Server  
Delaware Attorney Services  
2000 Pennsylvania Avenue, Suite 207  
Wilmington, Delaware  19806  (302) 429-0652

Subscribed and Sworn before me, a Notary Public of the State of Delaware on October 18, 2007

Witness My Hand and Official Seal To

Kimberly J. Ryan, My Commission Expires 6/15/08  
Notary Public, State of Delaware

KIMBERLY J. RYAN  
NOTARY PUBLIC-DELAWARE  
My Commission Expires June 15, 2008