AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

M. SHANKEN COMMUNICATIONS, INC.

V.

P4 PERFORMANCE MANAGEMENT, INC.,
ANTHONY POMPLIANO JR., VIVIAN ONELLO,
AND STEVE MORTIBOY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8820**

**JUDGE BAER**

TO: (Name and address of Defendant)

ANTHONY POMPLIANO JR.
106 Birkhaven Dr.
Cary, NC 27518-8914

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

REED SMITH LLP
ATTN: PETER D. RAYMOND, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON        OCT 1 2 2007

CLERK                     DATE

(By) DEPUTY CLERK

⌐AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  OCTOBER 22, 2007 |
| NAME OF SERVER (PRINT)  PATRICK GALVIN | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): POSTED: SERVICE ATTEMPTS MADE ON 10/18/07 6PM 10-19-07 4PM 10-20-07 8AM & 10:15AM, 10-22-07 POSTED NAME ON MAIL BOX + CAR PLATE VERIFIED "POMPURRR" NC TO SUBJECT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/23/07
          Date

*Signature of Server*

PO BOX 97372
*Address of Server*

RALEIGH, NC 27624

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

M. SHANKEN COMMUNICATIONS, INC.

**SUMMONS IN A CIVIL ACTION**

V.

P4 PERFORMANCE MANAGEMENT, INC.,
ANTHONY POMPLIANO JR., VIVIAN ONELLO,
AND STEVE MORTIBOY

CASE NUMBER:

**07 CIV 8820**

**JUDGE BAER**

TO: (Name and address of Defendant)

ANTHONY POMPLIANO JR.
106 Birkhaven Dr.
Cary, NC 27518-8914

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

REED SMITH LLP
ATTN: PETER D. RAYMOND, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    OCT 1 2 2007

CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10-31-07  6:25 PM |
| NAME OF SERVER (PRINT) ARMINDA PORTER | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   106 BIRKHAVEN DR. CARY, NC

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/31/07
Date

*Signature of Server*  Arminda Porter

*Address of Server*  PO BOX 97372
RALEIGH, NC 27624

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.