AO 440 (Rev. 1/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

M. SHANKEN COMMUNICATIONS, INC.

V.

P4 PERFORMANCE MANAGEMENT, INC.,
ANTHONY POMPLIANO JR., VIVIAN ONELLO,
AND STEVE MORTIBOY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 8820

JUDGE BAER

TO: (Name and address of Defendant)

P4 PERFORMANCE MANAGEMENT, INC.
105 Brooks Avenue
Raleigh, North Carolina, 27607

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

REED SMITH LLP
ATTN: PETER D. RAYMOND, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                OCT 1 2 2007

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10-19-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| PAT GALVIN | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 105 BROOKS AVE RALEIGH, NC 27607

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): SERVED ON P4 PERFORMANCE MANAGEMENT C/O F/W/5.7/30YRS/JANE DOE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10-19-07
              Date

Signature of Server: Patrick Galvin

Address of Server: PO BOX 97372
RALEIGH, NC 27624

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.