UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| M. SHANKEN COMMUNICATIONS, INC., | ECF Case |
| Plaintiff, | Civil Action No. 07-CV-8820 (HB) |
| - against - | |
| P4 PERFORMANCE MANAGEMENT, INC., ANTHONY POMPLIANO JR., VIVIAN ONELLO, AND STEVE MORTIBOY, | |
| Defendants. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Plaintiff, M. Shanken Communications, Inc., in this action, and hereby requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney at the office address listed below and hereby requests electronic notification of all papers filed with the Court by notice upon the following email address: praymond@reedsmith.com.

Dated: New York, New York
       November 19, 2007

                                            REED SMITH LLP

                                            By: _____
                                                Peter D. Raymond (PR-3029)
                                            599 Lexington Avenue
                                            New York, NY  10022
                                            Tel: (212) 521-5400
                                            Fax: (212) 521-5450