UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
M. SHANKEN COMMUNICATIONS, INC.,

                      Plaintiffs,

-against-

P4 PERFORMANCE MANAGEMENT, INC.,
ANTHONY POMPLIANO JR., VIVIAN ONELLO,
AND STEVE MORTIBOY,

                      Defendants.
-----------------------------------------------------------------X

Index No.: 07 CIV 8820
(Judge Baer)

**NOTICE
OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as lead counsel in this case for defendants P4 Performance Management, Inc., Anthony Pompliano Jr., Vivian Onello and Steve Mortiboy. I certify that I am admitted to practice in this Court.

Dated:    White Plains, New York
             December 6, 2007

                                        BABCHIK & YOUNG, LLP
                                        Attorneys for Defendants

                By:      _____
                                       Jack Babchik (JB 8953)
                                       A Member of the Firm
                                       200 East Post Road
                                       White Plains, New York 10601
                                       (914) 470-0001