UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
M. SHANKEN COMMUNICATIONS, INC.,

                             Plaintiffs,

      -against-

P4 PERFORMANCE MANAGEMENT, INC.,
ANTHONY POMPLIANO JR., VIVIAN ONELLO,
AND STEVE MORTIBOY,

                             Defendants.
-----------------------------------------------------------------X

Index No.: 07 CIV 8820
(Judge Baer)

**NOTICE**
**OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for defendants P4 Performance Management, Inc., Anthony Pompliano Jr., Vivian Onello and Steve Mortiboy. I certify that I am admitted to practice in this Court.

Dated:    White Plains, New York
             December 6, 2007

                                       BABCHIK & YOUNG, LLP
                                       Attorneys for Defendants

                         By:     */s/ Siobhan Healy*
                                    Siobhan Healy (SH 3038)
                                    200 East Post Road
                                    White Plains, New York 10601
                                    (914) 470-0001