UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X    Index No.: 07 CIV 8820
M. SHANKEN COMMUNICATIONS, INC.,                                    (Judge Baer)

                      Plaintiffs,

    -against-                                                         **Rule 7.1 Statement**

P4 PERFORMANCE MANAGEMENT, INC.,
ANTHONY POMPLIANO JR., VIVIAN ONELLO,
AND STEVE MORTIBOY,

                      Defendants.
-------------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for P4 Performance Management, Inc. (a private non-governmental party), certifies upon information and belief that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated: White Plains, New York
       December 6, 2007

                                          BABCHIK & YOUNG, LLP
                                          Attorneys for Defendants.

                            By: _____
                                Jack Babchik (JB 8953)
                                A Member of the Firm
                                200 East Post Road
                                White Plains, New York 10601
                                (914) 470-0001