JUDGE BAER

07 CIV 8820

Peter D. Raymond   (PR 3029)
Wallace B. Neel   (WN 0038)
REED SMITH LLP
599 Lexington Avenue, 28th Floor
New York, New York 10022
(212) 521-5400
Attorneys for Plaintiff M. Shanken Communications, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
M. SHANKEN COMMUNICATIONS, INC.,

               Plaintiff,

     -against-

P4 PERFORMANCE MANAGEMENT, INC.,
ANTHONY POMPLIANO JR., VIVIAN ONELLO,
AND STEVE MORTIBOY

               Defendants.
--------------------------------------------------------------- x

Civ. No. _____

RECEIVED OCT 12 2007 U.S.D.C. S.D.N.Y. CASHIERS

M. SHANKEN COMMUNICATIONS INC.'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

     Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff M. Shanken Communications, Inc. ("Shanken") hereby certifies that Shanken does not have a parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
       October 11, 2007

                                                REED SMITH LLP

                                                By: _____
                                                   Peter D. Raymond (PR 3029)
                                                    Wallace B. Neel (WN 0038)
                                               599 Lexington Avenue
                                               New York, New York 10022
                                               (212) 521-5400

                                               *Attorneys for Plaintiff*
                                                 *M. Shanken Communications, Inc.*