# ReedSmith

Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
+1 412 288 3131
Fax +1 412 288 3063

**Wallace Neel**
Direct Phone: 212.521.5452
Email: wneel@reedsmith.com

February 11, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08
```

BY FAX 212-805-0184

The Hon. Harold Baer
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

Re:   M. Shanken Communications, Inc. ("Shanken") v. P4 Performance Management, Inc., No. 07-Civ-8820 (HB)

Dear Judge Baer:

We represent plaintiff Shanken in the above-referenced action.

We write on behalf of counsel for all parties to inform the Court that pursuant to the directive in Your Honor's February 4, 2008 Endorsed Letter, the parties have conferred regarding the terms of a Stipulation Regarding Confidentiality of Discovery Materials, and have reached an agreement. The resulting proposal is attached hereto and is respectfully submitted to the Court for review.

The parties thank the Court for its attention to this matter.

Sincerely,

Wallace Neel

WN:eg

Attachment

cc:   Jack Babchik, Esq.
      Siobhan Healy, Esq.

*[Handwritten endorsement]: Draft order looks OK to me if you send me fully executed copy. See nature. SO ORDERED. Harold Baer, Jr., U.S.D.J. 2/22/08*

NEW YORK ● LONDON ● HONG KONG ● CHICAGO ● WASHINGTON, D.C. ● BEIJING ● PARIS ● LOS ANGELES ● SAN FRANCISCO ● PHILADELPHIA ● PITTSBURGH
OAKLAND ● MUNICH ● ABU DHABI ● PRINCETON ● NORTHERN VIRGINIA ● WILMINGTON ● BIRMINGHAM ● DUBAI ● CENTURY CITY ● RICHMOND ● GREECE

reedsmith.com

NYLIB-3994226.1-WNEEL 2/11/08 2:31 PM

Endorsement:

    Draft order looks OK to me if you send me an executed copy I will add my signature.