------------------------------------------------------------x

M. Shanken Communications, Inc.

Plaintiff,

-v-

P4 Performance Management, Inc. et al.

Defendants.

------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 8820 (HB)(RE)

Ronald L. Ellis,

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
Issues relating to July 17, 2008 letter from Defendants' counsel

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: August 5, 2008 through

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

_____

All such motions:_____

The trial month, January 2009, as set forth in the Pretrial Scheduling Order, may not be changed, and this Court requires 60 days prior to trial to decide any dispositive motion.

*Do not check if already referred for general pretrial.

Dated July 21, 2008

SO ORDERED:

_____
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08