```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. SHANKEN COMMUNICATIONS, Inc.,

                 **Plaintiff,**

- against -

P4 PERFORMANCE MANAGEMENT, INC., et al.,

                 **Defendants.**

**ORDER**

07 Civ. 8820 (HB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a telephonic conference with the Court on July 30, 2008, and the Parties having informed the Court that the outstanding documents referenced in Defendants' July 17, 2008, correspondence will be exchanged,

**IT IS HEREBY ORDERED** that the time for the completion of discovery is extended from August 30, 2008, to **September 30, 2008.**

**IT IS FURTHER ORDERED** that the dispositive motion deadline is extended from September 30, 2008, to **October 30, 2008.**

**SO ORDERED this 30th day of July 2008**
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge